IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KUTSON,

        Plaintiff,                    No. CIV S-07-0981 LKK EFB P

        vs.

LUCKY STORE, INC., et al.,

        Defendants.            ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

      The court is unable to screen plaintiff's complaint as plaintiff's handwriting is illegible. Unless plaintiff submits a clearly printed or typed complaint, the court will be unable to discern the content of his claims.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff has 30 days from the date of service of this order to submit either the filing
3 fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
4 to plaintiff a form application for leave to proceed in forma pauperis.

5    2.  Plaintiff has 30 days from the date of service of this order to submit a clearly printed
6 or typed copy of his complaint. Failure to comply with this order will result in a recommendation
7 that this action be dismissed.

8    So ordered.

9 Dated:  June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2