IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

    Plaintiff,                       No. CIV S-07-0981 LKK EFB P

    vs.

LUCKY STORE, INC., et al.,

    Defendants.               ORDER

_____/

        On August 15, 2007, plaintiff filed a request for reconsideration of the magistrate judge's July 31, 2007, order dismissing his complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 31, 2007, is affirmed. Plaintiff is granted thirty (30) days to file an amended complaint consistent with the magistrate judge's July 31, 2007, order.

DATED: October 10, 2007.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT