IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

    Plaintiff,                    No. CIV S-07-0981 LKK EFB P

    vs.

LUCKY STORE, INC., et al.,

    Defendants.              ORDER

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 27, 2007, the court found that plaintiff had failed to file an amended complaint and recommended dismissal of the action. On December 7, 2007, plaintiff filed objections, which the court construes as a request for an extension of time in which to comply with the court's order and file an amended complaint.

Accordingly, the November 27, 2007, findings and recommendations are vacated and plaintiff is granted 30 days from the date this order is served in which to file an amended complaint. The Clerk of the Court is directed to send to plaintiff a copy of the court's July 31, 2007, order.

So ordered.

Dated: January 9, 2008.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE