IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

      Plaintiff,                    No. CIV S-07-0981 LKK EFB P

    vs.

LUCKY STORE, INC., et al.,

                              ORDER AND
      Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff, a prisoner without counsel, filed a complaint on May 24, 2007. On June 29, 2007, the court ordered plaintiff to submit a clearly printed or typed complaint because the handwritten complaint filed by plaintiff was illegible. The court also warned plaintiff that it would recommend dismissal of this action if plaintiff did not comply with its order.

      On January 18, 2008, plaintiff filed an amended complaint, which was mostly illegible and did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On September 5, 2008, the court dismissed plaintiff's amended complaint and ordered plaintiff to file a second amended complaint within thirty days. The court again cautioned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed. The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

1      Additionally, on September 4, 2008, plaintiff filed a "motion for extension of time in order to exhaust all state claims."  The motion is in large part illegible and the relief plaintiff requests is unclear.  The court denies the motion as unnecessary because as of September 4, 2008, there were no court deadlines with which plaintiff needed to comply.

     Accordingly, it is hereby ORDERED that plaintiff's September 4, 2008 motion for an extension of time is DENIED and it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 16, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE